IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br>as successor by merger to<br>BAC Home Loans Servicing, L.P.<br>f/k/a Countrywide Home Loans<br>Servicing, L.P.,<br><br>    Plaintiff,<br><br>v.<br><br>JANICE DEVAUGHN, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 2:12-cv-00853-MEF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# **O R D E R**

This is an adversary proceeding to reform a certain deed and mortgage. This matter is before the court on the Report and Recommendation (Doc. #1-5) of the United State Bankruptcy Judge that the Plaintiff's Motion for Default Judgment (Doc. #1-4) should be granted. There are no objections to the Report and Recommendation. After an independent and *de novo* review of the record, the Court concludes that the Bankruptcy Judge's Report and Recommendation is ADOPTED, and accordingly, the Motion for Default Judgment is GRANTED.

A judgment in accordance with this Order will follow.

DONE this the 29th day of November, 2012.

                                                /s/ Mark E. Fuller
                                   UNITED STATES DISTRICT JUDGE